**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ROGER MARTIN,**      ) | Case No. 1:14 CV 1878 |
| )| |
| Plaintiff,   ) | Judge Dan A. Polster |
| ) | |
| vs.           ) | |
| ) | **STIPULATED DISMISSAL ENTRY** |
| **CITY OF BEACHWOOD, OHIO, et al.,**   ) | |
| ) | |
| Defendants.   ) | |

The undersigned held a Case Management Conference on July 16, 2015, at which time the Court mediated a proposed settlement, subject to the City Council's approval. Counsel advised the Court today that City Council has approved the settlement. Accordingly, the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs. Notice by the Clerk of Courts being hereby waived.

The undersigned retains jurisdiction to ensure that the settlement agreement is executed, and the settlement is concluded.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster 8/4/15*
**Dan Aaron Polster**
**United States District Judge**